UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGATTA RIVERVIEW, LLC<br><br>      Plaintiff<br><br>v.<br><br>CAMERON WINKLEVOSS, SEATTLE SOFTWARE SYSTEMS, INC., and WINSTON WILLIAMS.<br><br>      Defendants. | CIVIL ACTION NO. 05-11476 DPW |

## **JOINT MOTION TO SEAL ALL PLEADINGS AND THIS MOTION ITSELF**

Plaintiff Regatta Riverview, LLC ("Plaintiff") and defendants Cameron Winklvoss, Seattle Software Systems, Inc., and Winston Williams ("Defendants") jointly move to seal permanently all pleadings in this case and to seal this motion itself. In support of this motion, the parties state the following:

1. The parties have settled this case, resolving all disputes between them. A stipulation of dismissal will be filed shortly.

2. Defendants desire to seal the pleadings to avoid the public disclosure of potentially embarrassing information.

3. Given the settlement between the parties, Plaintiff desires to seal the pleadings to avoid further publication of the allegedly defamatory content of the website posted by Defendants, which has already been taken down as part of the settlement.

WHEREFORE, the parties respectfully and jointly request that all pleadings in this case, including this motion itself, be permanently sealed. The parties are available to retrieve the pleadings from the court.

## REQUEST FOR ORAL ARGUMENT

The parties are available for a hearing on this motion if appropriate and at the Court's convenience.

| | |
|---|---|
| Respectfully submitted,<br>REGATTA RIVERVIEW, LLC<br>By its attorneys, | Respectfully submitted,<br>CAMERON WINKLEVOSS,<br>SEATTLE SOFTWARE SYSTEMS, INC. and WINSTON WILLIAMS<br>By their attorneys, |
| /s/ Bruce E. Falby<br>Bruce E. Falby (BBO #544143)<br>Jessie W. Manchester (BBO #660966)<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>One International Place -21st Floor<br>Boston, Massachusetts  02110<br>Tel. (617) 406-6000<br>Fax (617) 406-6100 | /s/ Lee T. Gesmer<br>Lee T. Gesmer (BBO #190260)<br>GESMER UPDEGROVE<br>40 Broad Street<br>Boston, Massachusetts 02109<br>Tel. (617) 350-6800<br>Fax (617) 350-6878 |

Dated: July 14, 2005