UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGATTA RIVERVIEW, LLC<br><br>Plaintiff<br><br>v.<br><br>CAMERON WINKLEVOSS, SEATTLE SOFTWARE SYSTEMS, INC., and WINSTON WILLIAMS.<br><br>Defendants. | CIVIL ACTION NO. 05-11476 DPW |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(i), plaintiff Regatta Riverview, LLC dismisses this action.

Respectfully submitted,

REGATTA RIVERVIEW, LLC
By its attorneys,

_____
Bruce E. Falby (BBO #544143)
Jessie W. Manchester (BBO #660966)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place -21st Floor
Boston, Massachusetts 02110
Tel. (617) 406-6000
Fax (617) 406-6100

Dated: August 17, 2005